# EXHIBIT A

| | |
|---|---|
| **From:** | London, Ellen (USACAN) </O=USA/OU=MAIL/CN=RECIPIENTS/CN=ELONDON> |
| **Sent:** | Wednesday, September 13, 2017 9:50 AM |
| **To:** | Weisel, Jessica M. <jweisel@AkinGump.com>; Heinke, Rex S. <rheinke@AkinGump.com> |
| **Cc:** | Friday, Kimberly (USACAN) <kfriday1@usa.doj.gov> |
| **Subject:** | RE: Expert |
| **Attach:** | Joint Defense Agreement.9.13.17 (USAO edits).DOCX |

Jessica and Rex,

## Redacted

Please let us know if you have any comments/questions.

### Redacted

### Redacted

Thanks,
Ellen


-----Original Message-----
From: Weisel, Jessica M. [mailto:jweisel@AkinGump.com]
Sent: Tuesday, September 12, 2017 6:00 PM
To: Heinke, Rex S. <rheinke@AkinGump.com>
Cc: Friday, Kimberly (USACAN) <kfriday1@usa.doj.gov>; London, Ellen (USACAN) <elondon@usa.doj.gov>
Subject: Re: Expert

For me as well


> On Sep 12, 2017, at 5:47 PM, Heinke, Rex S. <rheinke@AkinGump.com> wrote:
>
> 4:30 is fine.
>
> -----Original Message-----
> From: Friday, Kimberly (USACAN) [mailto:Kimberly.Friday@usdoj.gov]
> Sent: Tuesday, September 12, 2017 5:43 PM
> To: London, Ellen (USACAN); Heinke, Rex S.
> Cc: Weisel, Jessica M.
> Subject: RE: Expert
>
> Any time is fine with me.
>
> -----Original Message-----
> From: London, Ellen (USACAN)
> Sent: Tuesday, September 12, 2017 5:41 PM
> To: Heinke, Rex S. <rheinke@AkinGump.com>
> Cc: Weisel, Jessica M. <jweisel@AkinGump.com>; Friday, Kimberly (USACAN) <kfriday1@usa.doj.gov>
> Subject: Re: Expert
>
> How late can people do tomorrow?  I have an appointment that will likely last until 4:30 but free after that.
>
> Sent from my iPhone
>
>> On Sep 12, 2017, at 5:39 PM, Heinke, Rex S. <rheinke@AkinGump.com> wrote:
>>
>> Only free after 2:30 tomorrow.  Free pretty much anytime on Thursday.
>>

**MSJ000071**

>> -----Original Message-----
>> From: London, Ellen (USACAN) [mailto:Ellen.London@usdoj.gov]
>> Sent: Tuesday, September 12, 2017 4:52 PM
>> To: Heinke, Rex S.; Weisel, Jessica M.
>> Cc: Friday, Kimberly (USACAN)
>> Subject: Expert
>>
>> Rex and Jessica, are you free for a call tomorrow morning **Redacted** We are free except from 10-11:30.
>>
>> Sent from my iPhone
>> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>>
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**MSJ000072**