# EXHIBIT B

| | |
|---|---|
| **From:** | Heinke, Rex S. <rheinke@AkinGump.com> |
| **Sent:** | Wednesday, October 11, 2017 10:34 AM |
| **To:** | London, Ellen (USACAN) <elondon@usa.doj.gov>; Weisel, Jessica M. <jweisel@AkinGump.com> |
| **Cc:** | Friday, Kimberly (USACAN) <kfriday1@usa.doj.gov> |
| **Subject:** | RE: Letter regarding JDA |

Us too.

**From:** London, Ellen (USACAN) [mailto:Ellen.London@usdoj.gov]
**Sent:** Wednesday, October 11, 2017 10:21 AM
**To:** Heinke, Rex S.; Weisel, Jessica M.
**Cc:** Friday, Kimberly (USACAN)
**Subject:** Letter regarding JDA

Rex and Jessica,

As we discussed yesterday, we are formally withdrawing from the JDA, per the attached letter, given the current posture of the case.

This does not mean we cannot continue to discuss issues as helpful going forward of course, and we hope to keep open a dialogue with you.

Thanks,
Ellen

Ellen London
Assistant U.S. Attorney
U.S. Attorney's Office – NDCA
450 Golden Gate Avenue
San Francisco, CA 94102
T: (415) 436-7288
F: (415) 436-7169

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**MSJ000090**