IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | No. C 18-01979 WHA |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, | **ORDER RE ADMINISTRATIVE MOTION TO SET STATUS CONFERENCE** |
| Defendants. | |
| LOCKHEED MARTIN CORPORATION, | |
| Intervenor. | |

The Court has reviewed defendants' administrative motion to set a status conference regarding the impact of *Food Marketing Institute v. Argus Leader Media*, — S. Ct. —, 2019 WL 2570624 (2019), on the instant action and plaintiff's response thereto (Dkt. Nos. 97, 99). Both sides shall submit by **JULY 23 AT NOON** a supplemental brief not exceeding **THREE PAGES** (no footnotes, attachments, or declarations) discussing the effect of *Food Marketing Institute*, if any, and setting forth the relief sought based thereon. A status conference on this issue is hereby **SET** for **JULY 31 AT 11 A.M.** To clarify, bench trial on the Exemption 4 issue remains scheduled for December 9.

**IT IS SO ORDERED.**

Dated: July 16, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE