UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**AMERICAN SMALL BUSINESS LEAGUE**,

*Plaintiff*,

v.

**UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE,**

*Defendants,*

**LOCKHEED MARTIN CORPORATION,**

*Defendant-Intervenor.*

Case No. 3:18-CV-01979-WHA

[PROPOSED] ORDER

The Court, having considered the MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, hereby GRANTS the motion. The BRIEF OF *AMICUS CURIAE* THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS is accepted for filing.

SO ORDERED.

Dated: _____