KARL OLSON (SBN 104760)
THERESE Y. CANNATA (SBN 88032)
AARON R. FIELD (SBN 310648)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 409-8900
Facsimile:    (415) 409-8904
Email:         kolson@cofolaw.com
                    tcannata@cofolaw.com
                    afield@cofolaw.com

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CASE NO.  3:18-CV-01979-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME RE: MOTION OF PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT TO ALLOW FOR DISCOVERY UNDER RULE 56(d)**<br><br>Date:    Current Date for Rule 56(d) Motion:<br>            October 3, 2019<br>Time:   8:00 a.m.<br>Place:  Courtroom 12, 19th Floor<br>Judge:  William Alsup |

## STIPULATION

This stipulation is entered into by plaintiff American Small Business League ("Plaintiff" or "ASBL"), defendants United States Department of Defense ("DOD") and United States Department of Justice ("DOJ") (collectively, "defendants"), and intervenor Lockheed Martin Corporation ("LMC"), pursuant to Local Rule 6-2 of the above-entitled Court.

WHEREAS, Defendants and Intervenor filed a joint motion for summary judgment on August 15, 2019, with a scheduled hearing date of September 19, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.

WHEREAS, due to its unavailability, the Court changed the date of the summary judgment hearing to September 18, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.

WHEREAS, Plaintiff filed on August 29, 2019 a Motion of Plaintiff American Small Business League For Continuance of Hearing on Motion for Summary Judgment to Allow For Discovery under Rule 56(d) ("Rule 56(d) Motion"), with a hearing date of October 3, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.

WHEREAS, Civil Local Rule 7-2 indicates a 35-day track for motions in the Northern District of California, which resulted in Plaintiff's Rule 56(d) Motion being currently set for October 3, 2019.

WHEREAS, it would be in the interests of judicial economy, practicality, fairness, and justice to have Plaintiff's Rule 56(d) Motion heard on the same date and at the same hearing as the pending motion for summary judgment, currently set for September 18, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED that Plaintiff's Rule 56(d) Motion will be heard on September 18, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup; that the opposition brief to that motion will be due on September 9, 2019; and that the reply brief to that motion will be due on September 12, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  September 3, 2019        CANNATA O'TOOLE FICKES & OLSON LLP

By:  /s/ Karl Olson
     KARL OLSON

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

DATED: September 3, 2019         UNITED STATES ATTORNEY'S OFFICE
                                 NORTHERN DISTRICT OF CALIFORNIA

By:  /s/ Ellen London
     ELLEN LONDON

Attorneys for Defendants
UNITED STATES DEPARTMENT OF DEFENSE and
UNITED STATES DEPARTMENT OF JUSTICE

DATED: September 3, 2019         CROWELL & MORING LLP

By:  /s/ Anuj Vohra
     ANUJ VOHRA (Pro Hac Vice)

Attorneys for Defendant-Intervenor
LOCKHEED MARTIN CORPORATION

CANNATA O'TOOLE FICKES & OLSONN LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 350, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 − FAX: 415.409.8904

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The hearing date of the Motion of Plaintiff American Small Business League For Continuance of Hearing on Motion for Summary Judgment to Allow For Discovery under Rule 56(d) ("Rule 56(d) Motion"), filed on August 29, 2019 and originally set for hearing October 3, 2019 (Dkt. No. 114), is hereby rescheduled to the same date as the pending motion for summary judgment (Dkt. No. 107), which is scheduled to be heard by this Court on September 18, 2019 at 8:00 a.m. in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. (Dkt. No. 112 and 112.1.)

2. The opposition brief to the Rule 56(d) Motion will be due on September ~~9~~ 6, 2019.

3. The reply brief to the Rule 56(d) Motion will be due on September ~~12~~ 10, 2019.

DATED: September 3, 2019.



HON. WILLIAM ~~H.~~ ALSUP
United States...

IT IS SO ORDERED AS MODIFIED
/s/ William Alsup
Judge William Alsup

3
**STIPULATION AND ORDER
SHORTENING TIME RE: PLAINTIFF'S RULE 56(d) MOTION
CASE NO. 3:18-CV-01979-WHA**