United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

      Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
DEFENSE and UNITED STATES
DEPARTMENT OF JUSTICE,

      Defendants.

———————————————————/

LOCKHEED MARTIN CORPORATION,

      Intervenor.

———————————————————/

No. C 18-01979 WHA

**ORDER RE DEFENDANTS'
LETTER DATED
SEPTEMBER 30**

The Court is in receipt of defendants' letter dated September 30 (Dkt. No. 130).
Plaintiff's response is due **OCTOBER 2 AT NOON**.  A hearing is set for **OCTOBER 3 AT 11 A.M.**

Though defendants style the issue as a discovery dispute, in reality, defendants wish to
drop one witness and insert a new witness for trial.  In the future, such issues will not be treated
as a discovery dispute.

**IT IS SO ORDERED.**

Dated:  September 30, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE