IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendants.<br>――――――――――――――――――――――/<br>LOCKHEED MARTIN CORPORATION,<br><br>  Intervenor.<br>――――――――――――――――――――――/ | No. C 18-01979 WHA<br><br>**ORDER FOLLOWING DISCOVERY HEARING** |

For the reasons stated on the record, defendants may substitute in Nancy Deskins as a trial witness on the conditions stated at today's hearing.

**IT IS SO ORDERED.**

Dated: October 3, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE