1 │ DAVID L. ANDERSON (CABN 149604)
United States Attorney
2 │ SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 │ ELLEN LONDON (CABN 325580)
SAVITH IYENGAR (CABN 268342)
4 │ Assistant United States Attorneys

5 │    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 │    Telephone: (415) 436-7288
Facsimile: (415) 436-7169
7 │    E-mail: ellen.london@usdoj.gov

8 │ Attorneys for Defendants

CROWELL & MORING LLP
ANUJ VOHRA (*Pro Hac Vice*)
DANIEL WILLIAM WOLFF (*Pro Hac Vice*)
MONICA DiFONZO STERLING (*Pro Hac Vice*)

   1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: 202.624.2500
Facsimile: 202.628.5116
Email: dwolff@crowell.com

Attorneys for Defendant-Intervenor
LOCKHEED MARTIN CORPORATION

9 │
10 │ KARL OLSON (SBN 104760)
CANNATA, O'TOOLE, FISKES & OLSON LLP
11 │
12 │    100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
13 │    Facsimile: (415) 409-8904

14 │ Attorneys for Plaintiff
American Small Business League

15 │

16 │                UNITED STATES DISTRICT COURT

17 │               NORTHERN DISTRICT OF CALIFORNIA

18 │                  SAN FRANCISCO DIVISION

19 │

20 │ AMERICAN SMALL BUSINESS LEAGUE,   )   CASE NO.  CV 18-1979 WHA
                                       )
21 │            Plaintiff,             )
                                       )
22 │     v.                            )   **STIPULATION AND [PROPOSED] ORDER RE**
                                       )   **SCHEDULING OF PRE-TRIAL AND TRIAL**
23 │ UNITED STATES DEPARTMENT OF       )   **DATES**
     DEFENSE, *et al*.,               )
24 │                                   )
            Defendants,               )
25 │                                   )
     LOCKHEED MARTIN CORPORATION,     )
26 │        Defendant-Intervenor.      )
                                       )
27 │ _____   )

28 │

The parties, by and through their undersigned counsel, hereby STIPULATE AND REQUEST the following schedule of pre-trial and trial dates in anticipation of trial in the above-captioned matter currently scheduled for December 9, 2019 (ECF Nos. 61, 100 ["To clarify, bench trial on the Exemption 4 issue remains scheduled for December 9."]):

1.  The parties shall serve their motions in limine no later than November 13, 2019.

2.  The parties shall serve their Fed. R. Civ. P. 26(a)(3) disclosures no later than November 18, 2019.

3.  The parties shall serve their objections to Fed. R. Civ. P. 26(a)(3) disclosures no later than November 22, 2019.

4.  The parties shall serve their objections to motions in limine no later than November 25, 2019.

5.  The parties shall file their joint proposed pre-trial order; collated motions in limine and briefs in opposition; Fed. R. Civ. P. 26(a)(3) disclosures and objections; proposed findings of fact and conclusions of law; and optional trial briefs of no more than ten (10) pages no later than November 26, 2019.

6.  The final pre-trial conference shall be held on December 4, 2019 at 2:00 PM.

7.  Trial shall begin on December 9, 2019 at 7:30 AM.

1

Respectfully submitted,

2

DAVID L. ANDERSON

3

United States Attorney

4   Dated: November 1, 2019          By:   */s/ Ellen London\**

ELLEN LONDON

5

SAVITH IYENGAR

Assistant United States Attorneys

6

7

CROWELL & MORING LLP

8   Dated: November 1, 2019          By:   */s/ Anuj Vohra*

ANUJ VOHRA

9

DANIEL W. WOLFF

MONICA DiFONZO STERLING

10

Attorneys for Defendant-Intervenor

LOCKHEED MARTIN CORPORATION

11

12

CANNATA, O'TOOLE, FICKES & OLSON LLP

13   Dated: November 1, 2019          By:   */s/ Karl Olson*

KARL OLSON

14

Attorney for Plaintiff

15

AMERICAN SMALL BUSINESS LEAGUE

16

\*    In compliance with Civil Local Rule 5-1(i)(3), the

17        filer of this document attests under penalty of

perjury that all signatories have concurred in the

18        filing of this document.

19

20

21

22

23

24

25

26

27

28

1

~~[PROPOSED]~~ **ORDER**

2

Pursuant to Stipulation, IT IS SO ORDERED.

3

4

Dated: _____November 5_____, 2019

_____

WILLIAM ~~H.~~ ALSUP

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28