KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 409-8900
Facsimile:    (415) 409-8904
Email:        kolson@cofolaw.com
              afield@cofolaw.com

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants,<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant-Intervenor. | CASE NO. 3:18-CV-01979-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH COURT ORDERS (DKT. NO. 58, DKT. NO. 153)**<br><br>Date:    May 28, 2020<br>Time:    8:00 a.m.<br>Judge:   Hon. William Alsup<br>Place:   Ctrm. 12, 19th Floor |

Plaintiff American Small Business League's motion to compel compliance with Dkt. No. 58 and Dkt. No. 153 came on regularly for hearing before this Court, the Honorable William Alsup presiding, on May 28, 2020 at 8:00 am.  Having received and considered the parties' moving, opposition and reply papers and oral arguments, having reviewed Dkt. No. 58 and Dkt. No. 153, and having conducted an *in camera* review of the records that plaintiff identified in its moving papers as warranting this Court's review, and **GOOD CAUSE APPEARING**, it is hereby **ORDERED** that:

1. Defendants United States Department of Defense and United States Department of Justice shall disclose, within ten (10) days, all compliance reviews that are responsive to the FOIA requests at issue in this case in their entirety, without exception, and any other responsive evaluation and assessment information.

2. Defendants United States Department of Defense and United States Department of Justice shall disclose, within ten (10) days, all records that are responsive to the FOIA requests at issue in this case that defendants are continuing to withhold based on Exemption 5, with the sole exception of communications made from September 13, 2017 through October 11, 2017, which defendants may continue to withhold.

**IT IS SO ORDERED.**

DATED: _____

                                                                              _____
                                                                              HON. WILLIAM ALSUP
                                                                              UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH COURT ORDERS (DKT. NO. 58, DKT. NO. 153)
CASE NO. 3:18-CV-01979-WHA

CANNATA O'TOOLE FICKES & OLSON LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 350, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 – FAX: 415.409.8904