KARL OLSON (SBN 104760)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:      (415) 409-8900
Facsimile:      (415) 409-8904
Email:          kolson@cofolaw.com

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-6748
        savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF DEFENSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | CASE NO. 3:18-cv-01979-WHA |
| Plaintiff, | **JOINT STATUS REPORT PURSUANT TO ECF NO. 185** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants, | |
| LOCKHEED MARTIN CORPORATION, | |
| Intervenor. | |

1    Plaintiff American Small Business League ("plaintiff" or "ASBL"), defendants United

2 States Department of Defense ("DOD") and United States Department of Justice

3 ("defendants"), and intervenor Lockheed Martin Corporation (collectively, the "parties")

4 submit the following joint status report in this action pursuant to ECF No. 185, dated January

5 11, 2022, which orders the parties to submit a joint status report by January 27, 2022 "[i]n light

6 of denial of cert in *Rojas v. FAA*."

7    As background, plaintiff and defendants entered into a stipulation of settlement of

8 attorney's fees and costs in this action on August 14, 2020, which states in part that the

9 settlement of fees and costs is not a settlement of the entire case and that ASBL reserves its

10 right to press its motion for reconsideration as to Exemption 5, which remained in abeyance

11 pending the Ninth Circuit's review of its decision in *Rojas v. Federal Aviation Administration*,

12 922 F.3d 307 (9th Cir. 2019).  *See* ECF No. 184.  As ASBL and DOD explained to this Court in

13 their joint status report filed on January 3, 2022 in ASBL's related case against DOD, No. 3:14-

14 cv-02166-WHA ("*ASBL I*"), ECF No. 179, ASBL continued to reserve its right to press its

15 motion for reconsideration as to Exemption 5 in this action, but any such motion would await

16 the outcome of a Petition for Certiorari in the *Rojas* case.  *See ASBL I*, ECF No. 179.  On

17 January 10, 2022, the Supreme Court denied cert in *Rojas* and, as noted above, this Court

18 ordered the parties to submit this joint status report.  ECF No. 185.

19    Pursuant to ECF No. 185, the parties jointly report that, in light of denial of cert in

20 *Rojas*, ASBL will not be pursuing this action further.  The parties will submit either an update

21 to the Court or a stipulation of dismissal pursuant to Federal Rule of Civil Procedure

22 41(a)(1)(A)(ii), as applicable, within thirty (30) days, *i.e.*, by February 25, 2022.

23

24

25

26

27 ///

28 ///

JOINT STATUS REPORT PURSUANT TO ECF NO. 178
CASE NO. 3:14-cv-02166-WHA

Respectfully submitted,

DATED: January 27, 2022          CANNATA O'TOOLE FICKES & OLSON LLP

                                 By:    **/s/ Karl Olson
                                        KARL OLSON

                                 Attorneys for Plaintiff
                                 AMERICAN SMALL BUSINESS LEAGUE

DATED: January 27, 2022          STEPHANIE M. HINDS
                                 United States Attorney

                                 By:    /s/ Savith Iyengar
                                        SAVITH IYENGAR
                                        Assistant United States Attorney

                                 Attorneys for Defendants
                                 UNITED STATES DEPARTMENT OF DEFENSE and
                                 UNITED STATES DEPARTMENT OF JUSTICE

DATED: January 27, 2022          CROWELL & MORING LLP

                                 By:    **/s/ Anuj Vohra
                                        ANUJ VOHRA (Pro Hac Vice)

                                 Attorneys for Defendant-Intervenor
                                 LOCKHEED MARTIN CORPORATION

                                 ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                    has obtained approval from these signatories.

2